In the Matter of the Judicial Settlement of the Account of Proceedings of EMMA L. SEDGWICK, as Administratrix, etc., of ALBERT T. HORTH, Deceased, Appellant. WILLIAM S. REED, Respondent.— Order reversed, with ten dollars costs and disbursements against the respondent Reed, and motion denied. All concurred.

AGATHA M. HERKE, as Administratrix, etc., Respondent, v. SOUTH BUFFALO RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lambert and De Angelis, JJ., who dissented and voted for reversal and dismissal of the complaint upon the ground that there is a failure of proof of actionable negligence of the defendant.

In the Matter of Proving the Last Will and Testament of STEPHEN L. WATKINS, Deceased. REBECCA A. HOLMES, Respondent, v. GRACE A. THOMPSON and Another, Appellants.— Decree affirmed, with costs against appellants personally. All concurred.

LOUIS GOLDSAND, Respondent, v. NEW YORK CASUALTY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

CLIFTON DUNN, Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Judgment and order affirmed, with costs. All concurred.

FRANK FISCHER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MADERO, Appellant.— Judgment of conviction affirmed. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IZRA G. McLAUGHLIN, Appellant.— Judgment of conviction affirmed. All concurred.

In the Matter of the Application of JOHN W. KLINE, Appellant, for the Resubmission to the Electors of the Town of Verona, Oneida County, N. Y., of the Questions of Local Option under Liquor Tax Law. HERBERT S. SISSON, as State Commissioner of Excise, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, directing a resubmission of the local option questions, upon the authority of *Matter of Peters* v. *Sisson* (183 App. Div. 286; affd., 224 N. Y. 554). All concurred.

JOHN REDDY, Respondent, v. HERKIMER COUNTY REALTY CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concurred; Hubbs, J., not sitting.

WILLIAM WILLSON and Another, Respondents, v. CHARLES P. SAMPSON, Appellant.— Judgment and order affirmed, with costs. All concurred; Lambert, J., not sitting.

In the Matter of the Estate of JAMES McKEVITT, Deceased. BERNARD McKEVITT, as Administrator, etc., Appellant, v. CHARLES McKEVITT, Respondent.— Decree affirmed, with costs to respondent payable out of the estate. All concurred.

WILLIAM R. CULVER, Respondent, v. LEWIS H. BROWN, Appellant, Impleaded with Others.— Judgment affirmed, with costs. All concurred.

EDDIE COLLINS, Respondent, v. GEORGE PAGE and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.